IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Pearlie Ingram, | ) | CIVIL ACTION NO. 9:14-4771-CMC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner seeks relief in this court pursuant to a Petition for Writ of Error *Coram Nobis*, filed under 28 U.S.C. § 1651(a). Respondent filed a response to the Petition, moving to dismiss the petition in its entirety. Petitioner, represented by counsel, has not replied to Respondent's response.

The court has reviewed the complete record in this case. For the reasons stated in Respondent's response, which this court finds to be correct and adopts as its findings, the court dismisses the Petition with prejudice.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Error *Coram Nobis* is *dismissed with prejudice*.

**IT IS SO ORDERED.**

> s/ Cameron McGowan Currie
> CAMERON McGOWAN CURRIE
> SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 4, 2015

1